

# United States District Court
# Eastern District of California

| Enrique Paez |
|---|
Plaintiff(s)

V.

| Akima Support Operations, LLC |
|---|
Defendant(s)

Case Number: 2:21-cv-01920-JAM-AC

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, **Heather F. Crow** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: **Defendant Akima Support Operations, LLC**

On **04/17/2015** (date), I was admitted to practice and presently in good standing in the **Florida** (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [✔] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Also admitted Louisiana, 10/21/2010, Bar No. 33080.

Date: **06/08/2022**    Signature of Applicant: /s/ **Heather F. Crow**

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Heather F. Crow |
| Law Firm Name: | The Kullman Firm |
| Address: | 2915 Kerry Forest Parkway, Suite 101 |
| City: | Tallahassee   State: FL   Zip: 32309 |
| Phone Number w/Area Code: | (850) 296-1953 |
| City and State of Residence: | Crawfordville, Florida |
| Primary E-mail Address: | hfc@kullmanlaw.com |
| Secondary E-mail Address: | dml@kullmanlaw.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Heather Hearne |
| Law Firm Name: | The Kullman Firm |
| Address: | 4605 Bluebonnet Blvd., Suite A |
| City: | Baton Rouge   State: LA   Zip: 70809 |
| Phone Number w/Area Code: | (225) 906-4250 |
| Bar #: | 254496 |

## **ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: June 15, 2022

CHIEF UNITED STATES DISTRICT JUDGE



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

**Joshua E. Doyle**
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida   )

County of Leon    )            In Re:  0115437
                               Heather Folsom Crow
                               The Kullman Firm
                               2915 Kerry Forest Pkwy Ste 101
                               Tallahassee, FL 32309-7804

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **April 17, 2015**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this 8th day of **June**, **2022**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-185407

# Louisiana State Bar Association

The Louisiana State Bar Association hereby certifies that _____

_____ Ms. Heather Folsom Crow _____

whose address is _____ 2915 Kerry Forest Pkwy Ste 101 _____

_____ Tallahassee, FL 32309 _____

is a member in good standing of the Louisiana State Bar Association as of this date, and that said person was duly admitted to practice in the courts of the State of Louisiana on the _____ 21st _____ day of ____ October ____, __ 2010 __.

Given over my hand and the Seal of the Louisiana State Bar Association, this ____ 8th ____ day of ____ June ____, __ 2022 __.

*Executive Director*
*Louisiana State Bar Association*