UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE PAEZ, | No. 2:21-cv-1920 DJC AC |
| Plaintiff, | |
| v. | ORDER |
| AKIMA SUPPORT OPERATIONS LLC, | |
| Defendant. | |

On October 25, 2024, the pending Cross-Motions for Summary Judgment (ECF No. 15 and 22) were referred to the Magistrate Judge pursuant to Local Rule 302(a). (ECF No. 31.) On December 9, 2024, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty one days. (ECF No. 32.) Plaintiff has filed objections to the findings and recommendations. (ECF No. 33.) Defendant filed a response to the objections. (ECF No. 34.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 9, 2024, are adopted in full; and

2. Defendant's motion for summary judgment (ECF No. 22) is GRANTED and plaintiff's motion for summary judgment (ECF No. 15) is DENIED.  Judgment is entered in favor of defendant; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **February 14, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE